United States District Court
for the District of BOSTON

FILED
IN CLERKS OFFICE
2020 NOV 18 PM 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

Steven L Smith,
All Residents Bridgewater
(B1 Unit) State Hospital,
  Plaintiffs

vs

Administrator of Bridgewater
State Hospital,
  Defendant

Dockett #

## CLASS ACTION CIVIL Complaint

1) This Action is permissable under U.S.C. 42 § 1983
2) The Plaintiffs Reside at Bridgewater State Hospital, 20 Administrative Road, Bridgewater, MA 02324
3) The Defendant is The Administrator At the Bridgewater State Hospital 02324
4) The Plaintiffs filed Grievances but there's NO box to put them into and none of them have gotten answers. We must hand to the very staff we are complaining about.
5) There's NO informal Request Slips to submitt

over

Page 1 of 3

6) There's NO secure Mailbox on the B1 Unit.

## Complaint

7) We are being given 2 15 minutes periods per day to either shower or Rec.
8) We Argue That showering is NOT Recreation.
9) We argue that we are entitled to A minimum 165 minutes of Recreation and shower time per day.
10) We argue this was A fairly Recent Federal Court decision of which Bridgewater Hospital staff are violating.

## Relief

11) We ask The Court to Grant The Injunction and order
   1) The defendant to provide us adequate recreation and shower time out of our cells.
   2) The defendant install An official Mail and Grievance Box — secured and accessible only to designated officers.
   3) To implement An Informal ~~gre~~ Request system.

4) To order the Defendant to provide Legal Services and access to a Law Library.

Wherefore, The Plaintiff's Respectfully move and summon (This) most honorable Court to secure and protect our rights.
The majority of us plaintiff's "in" B.I have mental difficulties.
We believe our rights are being violated because of it.

Respectfully Submitted,

Nov 15, 2020

Steven L Smith, Plaintiff
Pro Se
on behalf of the Class